622

456 A.2d 1095

Commonwealth v. Bennett, Appellant.

Submitted March 3, 1982. Anthony D. Miele, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.

456 A.2d 1096

Commonwealth v. Caswell, Appellant.

Submitted April 7, 1982. John Joseph Cerra, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.